IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MERCER ADVISORS, INC., | : | CIVIL ACTION |
| MERCER GLOBAL ADVISORS, INC., | : | |
| Plaintiff, | : | NO.  13-4151 |
| | : | |
| v. | : | |
| | : | |
| CHRISTOPHER BRONSON, | : | |
| Defendant. | : | |

**ORDER**

**AND NOW,** this 29th day of August, 2013, it is hereby **ORDERED** that Plaintiffs' request for a preliminary injunction is **GRANTED,** according to the following terms:

1. A Preliminary Injunction Order shall issue immediately, upon security in the amount of $250,000 in cash or bond being be posted on or before September 15, 2013 in the office of the Clerk of Court.

2. Defendant is hereby enjoined, directly or indirectly, and whether alone or in concert with others, including any officer, agent, employee and/or representative of his new employer, Archetype Advisors LLC, from:

(a) Soliciting any business from, or initiating any further contact or communication with, any customer of Mercer whom Bronson serviced at Mercer or whose name otherwise became known to Bronson as a result of his employment with Mercer (the "Customers"), including for the purpose of advising any Customers of his new affiliation with Archetype or for the purpose of inviting, encouraging, or requesting the transfer of any Customer accounts from Mercer to Archetype; and

    (b) Directly or indirectly accepting any business or account transfers from, or conducting any business of any kind with, any of the Customers that defendant already has solicited.

   3. This Order shall remain in full force and effect until July 11, 2014, unless this Court specifically orders otherwise.

             BY THE COURT:


              *s/ Ronald L. Buckwalter*
              RONALD L. BUCKWALTER, S. J.